UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CHARLES CAREY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ALPHONSO, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-00669-SAB (PC)<br><br>ORDER STRIKING PLAINTIF'S RESPONSE TO DEFENDANT'S REQUEST FOR INTERROGATORIES<br><br>[ECF No. 16] |

　　　　Plaintiff Nathan Charles Carey is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 1, 2014, Plaintiff filed a response to Defendant's request for interrogatories. Plaintiff's response must be stricken from the record.

　　　　Plaintiff is directed to paragraph eight of the First Informational Order issued May 8, 2014.  In that order, Plaintiff was specifically advised that "[d]iscovery propounded on a party is self-executing, and must be served directly on the party from whom discovery is sought; parties should not file copies of their discovery with the court.  Local Rules 250.2, 250.3 250.4.  <u>Discovery documents inappropriately submitted to the court will be returned or stricken</u>.  (ECF NO. 3, ¶ 8) (emphasis in original).

///

///

1

Because Plaintiff's response to Defendant's request for interrogatories was inappropriately filed with the Court, it is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **August 4, 2014**

UNITED STATES MAGISTRATE JUDGE