UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CHARLES CAREY,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ALPHONSO, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-00669-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>[ECF No. 15] |

Plaintiff Nathan Charles Carey is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Doctor Alphonso for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On May 21, 2014, Defendant Alphonso filed an answer to the complaint.

On June 9, 2014, Plaintiff filed a reply to Defendant's answer.

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

///

1

1   Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's response
2   is HEREBY STRICKEN from the record.

4   IT IS SO ORDERED.

5   Dated:   **August 4, 2014**

UNITED STATES MAGISTRATE JUDGE