# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CHARLES CAREY,<br><br>    Plaintiff,<br><br>v.<br><br>A. ALPHONSO,<br><br>    Defendant. | Case No.: 1:13-cv-00669-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO CONDUCT PLAINTIFF'S DEPOSITION<br><br>[ECF No. 24] |

Plaintiff Nathan Charles Carey is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 29, 2015, Defendant filed a motion to modify the discovery and scheduling order in order to conduct Plaintiff's deposition. Pursuant to the Court's May 30, 2014, discovery and scheduling order, the deadline for discovery expired January 30, 2015.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that the discovery deadline is extended to March 2, 2015, for the limited purpose of conducting Plaintiff's deposition.

IT IS SO ORDERED.

Dated: **February 23, 2015**

                                      UNITED STATES MAGISTRATE JUDGE