UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN CHARLES CAREY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. ALPHONSO,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-00669-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>[ECF No. 27] |

　　　　Plaintiff Nathan Charles Carey is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On April 8, 2015, Defendant filed a motion to modify the discovery and scheduling order.

　　　　Good cause having been presented, it is HEREBY ORDERED that Defendant is granted to and including May 25, 2015, to file and serve his motion for summary judgment.

IT IS SO ORDERED.

Dated:   **April 8, 2015**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1